## RONNIE HINTON *v.* COMMISSIONER OF CORRECTION

The petitioner Ronnie Hinton's petition for certification for appeal from the Appellate Court, 43 Conn. App. 549 (AC 15241), is denied.

BERDON, J., dissenting. I would grant the petitioner's petition for certification to appeal.

*Michael A. Fitzpatrick,* special public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided January 8, 1997

## WENDELL STOVALL *v.* COMMISSIONER OF CORRECTION

The petitioner Wendell Stovall's petition for certification for appeal from the Appellate Court, 43 Conn. App. 552 (AC 14607), is denied.

*Max F. Brunswick,* in support of the petition.

Decided January 8, 1997